IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY,<br><br>        Plaintiff,<br><br> vs.<br><br>CDCR, et al.,<br><br>        Defendants. | No. C 10-4244 LHK (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil complaint against prison officials employed by Kern Valley State Prison in Delano, California. The acts complained of occurred at Kern Valley State Prison, and Defendants are located in Delano, which lies within Kern County in the Eastern District of California.

Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:   11/10/10

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Braley244trans.wpd